Lillian Bowers, Appellant, *v.* Village of South Glens Falls, Respondent.

Argued June 13, 1941; decided July 29, 1941.

*J. Clarence Herlihy* and *Delon F. Mousaw* for appellant.

*Walter A. Chambers* and *William F. Chambers* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ.